# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

MAIKOL ANDRES GARCIA MUNOZ,    )
    )
    Petitioner,    )
    )
v.    )    Case No. CIV-26-544-D
    )
GRANT, *et al.*,    )
    )
    Respondents.    )

## JUDGMENT

Pursuant to the Court's Order entered this same date, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 [Doc. No. 1] is **GRANTED IN PART**. Respondents shall provide Petitioner with a prompt bond hearing under 8 U.S.C. § 1226(a), or release Petitioner.

**IT IS SO ORDERED** this 20th day of April, 2026.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge